IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENISE BRAMLETT,

        Plaintiff,                               CIV S-06-2022 CMK

   vs.

JO ANNE B. BARNHART,                     <u>ORDER</u>
Commissioner of Social Security,

        Defendant.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted; and

        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

        3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

1  4. Within fifteen days from the date of this order, plaintiff shall submit to the
2  United States Marshal a completed summons and copies of the complaint and to file a statement
3  with the court that said documents have been submitted to the United States Marshal.
4  5. The United States Marshal is directed to serve all process without prepayment
5  of costs not later than sixty days from the date of this order. Service of process shall be
6  completed by delivering a copy of the summons and complaint to the United States Attorney for
7  the Eastern District of California, and by sending a copy of the summons and complaint by
8  registered or certified mail to the Attorney General of the United States at Washington, D.C. See
9  Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and
10 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
11 General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235. See
12 Fed. R. Civ. P. 4(i)(2).

DATED: February 1, 2007

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE