1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 **DENISE BRAMLETT**              )      **Case No: CIV-06-2022 CMK**

   **XXX-XX-0240**                  )
12                                  )
                                    )      **STIPULATION AND ORDER**
13          **Plaintiff,**          )      **EXTENDING PLAINTIFF'S TIME TO**
                                    )      **FILE MEMORANDUM IN SUPPORT**
14 **v.**                           )      **OF SUMMARY JUDGMENT**
                                    )
15                                  )
   **MICHAEL J. ASTRUE**            )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                  )
                                    )
18          **Defendant.**          )
                                    )
19 _____ )

20

21         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

22 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is

23 hereby extended from July 26, 2007  to August 24, 2007.    This is plaintiff's first request for an

24 extension and is required due to plaintiff's counsel's very heavy briefing schedule.

25
   / / /
26
   / / / /
27
   / / / /
28

                                            1

1

2

Dated:  June 29, 2007

3                                                          */s/Bess M. Brewer*          _____
                                                          BESS M. BREWER
                                                          Attorney at Law

4

5                                                          Attorney for Plaintiff

6

7

Dated: June 29, 2007                                      McGregor W. Scott

8

9                                                          United States Attorney

10

11                                                         By: */s/ Shea Lita Bond*
                                                          SHEA LITA BOND

12                                                         Special Assistant U.S. Attorney
                                                          Social Security Administration

13
                                                          Attorney for Defendant

14

15                                                         **ORDER**

16

APPROVED AND SO ORDERED.

17

DATED:   July 11, 2007.

18

19

20                                                         **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2